Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
Email: neal.potischman@davispolk.com

*Counsel for Plaintiff*
*LPL Financial Holdings Inc. and Subsidiaries*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LPL FINANCIAL HOLDINGS INC. AND SUBSIDIARIES,<br><br>             Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 3:23-Cv-01564-LAB-AHG<br><br>**NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Plaintiff LPL Financial Holdings Inc.  Plaintiff does not waive, and expressly reserves, all available rights.  Plaintiff respectfully requests that all pleadings and other documents be addressed to and served upon Neal A. Potischman using the contact information set forth below.

>Neal A. Potischman
>DAVIS POLK & WARDWELL LLP
>1600 El Camino Real
>Menlo Park, California 94025
>Telephone: (650) 752-2000
>Facsimile: (650) 752-2111
>Email: neal.potischman@davispolk.com

Dated: August 25, 2023

Respectfully submitted,

/s/ Neal A. Potischman
Neal A. Potischman (SBN 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
Email: neal.potischman@davispolk.com

*Counsel for Plaintiff*
*LPL Financial Holdings Inc. and Subsidiaries*

---

1

NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN
CASE NO. 3:23-CV-01564-LAB-AHG